**Larry L. DAVIS, Petitioner,**

v.

**GIBSON PRODUCTS COMPANY,**
**Respondent.**

**No. B–4526.**

Supreme Court of Texas.

June 12, 1974.

Southers, Mendelsohn, Goldberg & Lyons, Inc., Les Mendelsohn, San Antonio, for petitioner.

Clemens, Weiss, Spencer & Welmaker, George H. Spencer, San Antonio, for respondent.

PER CURIAM.

No application for writ of error was filed by Gibson Products Company. The application for writ of error filed by Larry L. Davis is refused, no reversible error.